UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL ANTHONY RODRIGUEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:06-CV-0965-G |
| NATHANIEL QUARTERMAN, Director, | ) | |
| Texas Department of Criminal Justice, | ) | **ECF** |
| Correctional Institutions Division, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions and recommendation of the United States Magistrate Judge, the court finds that the findings and conclusions of the Magistrate Judge are correct and they are **ADOPTED** as the findings and conclusions of the court. Federal habeas counsel's objections to the findings and conclusions of the Magistrate Judge are **OVERRULED**.

   **SO ORDERED**.

September 27, 2007.

_____
A. JOE FISH
CHIEF JUDGE